IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02952-LTB-MEH

MICHAEL JAMES MARZONIE, JR.,

      Plaintiff,

v.

DOUGLAS SHULMAN, Commissioner Internal Revenue Service, in official capacity, and DOUGLAS SHULMAN, in personal capacity; also unknown co-defendants to be named,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2013.**

      Before the Court is a "Motion" filed by the Plaintiff [filed January 14, 2013; docket #5]. Although not specified, it appears the Plaintiff seeks default judgment against the Defendant; however, there is no indication on the record that the Plaintiff has sought or obtained entry of default from the Clerk of the Court, as required by Fed. R. Civ. P. 55(a). Therefore, the motion is **denied without prejudice**.