**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02952-LTB-MEH

MICHAEL JAMES MARZONIE (pro se),

      Plaintiff,

v.

DOUGLAS SHULMAN, in personal and official capacities Commissioner Internal Revenue Service,

      Defendant.

_____

**ORDER**
_____

On March 1, 2013, Defendant filed his Motion to Dismiss (Doc 16). The Courtroom Minutes of the hearing held before the Magistrate Judge on March 4, 2013 (Doc 17), reflects "The Court notes that Plaintiff does not object to Defendant's Motion to Dismiss, and that Plaintiff requests that the case be dismissed." Accordingly,

IT IS ORDERED that the Defendant's Motion to Dismiss (Doc 16) is GRANTED and the above action is DISMISSED.

                                                    BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED: March 4, 2013